**Archie F. TRACY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39381.**

Missouri Court of Appeals, Western District.

June 21, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1988.

Daniel L. Radke, Sp. Public Defender, St. Joseph, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

From entry of a guilty plea, the movant alleged ineffective assistance of counsel under Rule 27.26. The motion was denied and that judgment is affirmed.

**In the Interest of S.M.S., a Minor.**

**JUVENILE OFFICER, Respondent,**

v.

**S.L.W., Natural Father, Appellant.**

**No. WD 40016.**

Missouri Court of Appeals, Western District.

June 28, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1988.

Dennis Eckold, Gladstone, for appellant.

Max Von Erdmannsdorff, Kansas City, for respondent.

Before KENNEDY, C.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal by natural father from order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).